UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lorita M. Bowman

_____

Write the full name of each plaintiff.

-against-

New York State Homes and Community Renewal
et al., Carole Broadwater, Sev Moro

_____

Arthur Kurtz, M.D.

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

**25 CV 3784**

_____CV_____

(Include case number if one has been
assigned)

Do you want a jury trial?

☑ Yes    ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Lorita | M. | Bowman | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

| WATERSIDE PLAZA | 40 Waterside Plaza, | Apt. 1H |
|---|---|---|
| Street Address | | |

| New York | New York | 10010 |
|---|---|---|
| County, City | State | Zip Code |

| (646) 530-3673 | Not Applicable |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    Carole Broadwater, HR Specialist 2, Workers Compensation Liaison

Name

NYS Homes and Community Renewal, HAMPTON PLAZA, 38-40 State Street, Rm. 313S

Address where defendant may be served

| Albany | New York | 12207 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:    Sev Morro, VP/Assistant Commissioner of HR Management, DRA

Name

NYS Homes and Community Renewal, HAMPTON PLAZA, 38-40 State Street, Rm. 313S

Address where defendant may be served

| Albany | New York | 12207 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

Arthur Kurtz, M.D., NYS Employee Health Service Physician 1

Name

NYS Employee Health Service, Shirley Chisholm OGS, 55 Hanson Place

Address where defendant may be served

| Brooklyn | New York | 11217 |
|---|---|---|
| County, City | State | Zip Code |

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
New York State Homes and Community Renewal (HCR)

Name

GERTZ PLAZA, 92-31 Union Hall Street, 5th and 6th Floor

Address

| Jamaica, Queens | New York | 11433 |
|---|---|---|
| County, City | State | Zip Code |

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below
that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for
employment discrimination on the basis of race, color, religion, sex, or national
origin

The defendant discriminated against me because of my (check only those that
apply and explain):

☑ race:  Cherokee American Indian and Black American

☑ color:  Cherokee American Indian and Black American

☐ religion:

☑ sex:  Female

☑ national origin:  Cherokee American Indian and Black American

Page 3

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:  Cherokee American Indian and Black American

☑ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:  1958

☑ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:  Mobility Impaired walking with a Rollator Walker and Cane

☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:  Mobility Impaired walking with a Rollator Walker and Cane

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.   Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law): New York State "Workers With Disabilities 55b/c"

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☑   terminated my employment

☐   did not promote me

☑   did not accommodate my disability

☑   provided me with terms and conditions of employment different from those of similar employees

☐   retaliated against me

☑   harassed me or created a hostile work environment

☑   other (specify):      Denied "REASONABLE ACCOMMODATION" Americans with

Disabilities Act 1990 (ADA) and NYS Workers with Disabilities 55b/c.

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I Lorita M. Bowman, Cherokee American Indian and Black American, permanently

disabled, Mobility Impaired , walking with the aid of a prescribe Rollator Walker, and

prescribe Cane. Injuries sustained from a on-the-job FALL at my former employer
NYS HOMES and COMMUNITY RENEWAL; that TERMINATED my employment

and did not accommodate my disability. I filed a U.S. EEOC and NYS Division of Human
Rights consolidated CHARGE No: 16G-2024-01860, issue date February 12th, 2025 for a

NOTICE of RIGHT TO SUE, for Employment Disability Discrimination.  Thank You,

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   May 25th, 2023

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   February 12th, 2025 consolidated Charge No 16G-2024-01860

When did you receive the Notice?   February 18th, 2025

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☑ direct the defendant to re-employ me

☑ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☑ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Please, Order the defendant, New York State Homes and Community Renewal for the following monetary damages; Back Pay $300,000 and Front Pay $300,000 and Compensatory Damages $300,000 and Punitive Damages. Notwithstanding, Order my Reinstatement in one of the three Manhattan, New York offices.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May 5th, 2025

**Dated**

X _Sofia M._ _____

**Plaintiff's Signature**

| Lorita | M. | Bowman |
|---|---|---|
| First Name | Middle Initial | Last Name |

40 Waterside Plaza, Apt. 1H

**Street Address**

New York

| New York | 10010 |
|---|---|
| State | Zip Code |

**County, City**

(646) 530-;3673.

Not Applicable

**Telephone Number**

**Email Address (if available)**

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

STATE OF ___ NY ___
COUNTY OF ___ NY ___

The foregoing instrument was acknowledged before me this _5_ day of _May_, 2025, by _Lorita Bowman_

Notary Public's Signature   My Commission Exp. _4/3/27_

_Munot_

Notary Name

NATALIE MUNOZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in
Kings County
01MU0004868
MY COMMISSION EXPIRES 04/03/2027

Page 7

## Confirmation of Charge Receipt

 **EEOC**    5/25/2023

To Lorita Bowman

May 25, 2023 at 2:36 PM

    **U.S. Equal Employment Opportunity Commission**

Re: EEOC Charge Number: 520-2023-04947
Charging Party: Lorita Bowman
Respondent: New York State Division Of Housing And Community Renewal

This notice is being sent to you because you recently filed a charge 520-2023-04947 with the U.S. Equal Employment Opportunity Commission (EEOC). EEOC is pleased to inform you that you can now access information about your charge through a secure website, the **EEOC Public Portal.**

EEOC's Public Portal allows you to:
• Update your contact info
• Upload a letter of representation from your attorney if you have one
• Upload documents supporting your charge
• Request the respondent's Position Statement if it submits one, and upload your response
• Check the status of your charge

To access your charge information online:
1. Go to EEOC Public Portal

page 8 .



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number:

| | |
|---|---|
| **Personal Information** | First Name: Lorita    MI: M. Last Name: Bowman<br>Address: 40 Waterside Plaza    Apt.: 1H<br>City: Manhattan   County: Manhattan  State: NY  Zip Code: 10010<br>Phone: (646)530-3673 Home ☑ Work ☐ Cell ☑ Email: Lorita Delta@Yahoo.com |
| **Who do you think discriminated against you?** | Employer ☑   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: NYS Homes and Community Renewal<br>Address: 38-40 State Street,    Suite: _____<br>City: Albany    State: NY  Zip Code: 10010  Phone: (518) 473-8100 |
| **Why you think you were discriminated against?** | Race ☑  Color ☑  Religion ☐  Sex ☐  National Origin ☐   Age ☑<br>Disability ☑ Genetic Information ☐  Retaliation ☑  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: November 28th, 2022<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br>✓ 11/28/2022 → TERMINATED; Lost Article 71 Arbitration Hearing.<br>— No "Reasonable Accommodation" granted under Americans Disabilitys Act 1990 (ADA)<br>— Age<br>— Race<br>— Color |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct. 05/25/2023<br><br>Signature: X _____    Date: ~~_____~~ |

page 9

# Lorita M. Bowman

EEOC Charge: Employment Discrimination "Reasonable Accommodation" Americans with Disabilities Act 1990

—

Lorita M. Bowman
WATERSIDE PLAZA
40 Waterside Plaza
Apt. 1H
Manhattan, NY 10010
(646) 530-3673
LoritaDelta@Yahoo.com

LISSETTE APOLO
Notary Public – State of New York
No. 01AP6319820
Qualified in Queens County
My Commission Expires 02/23/2027

MAY 24th, 2023

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
NEW YORK DISTRICT OFFICE
33 Whitehall Street, 5th Floor
Manhattan, NY 10004
(800) 669-4000

## NOTARIZED AFFIDAVIT

Dear U.S. Equal Employment Opportunity Commission (EEOC):

Please I LOST my NYS Article 71 Arbitration Reinstatement Hearing on Monday, November 28th, 2022. I was TERMINATED/Involuntary Medical Separation by the following; Ms. Carole Broadwater, Workers Compensation Liaison, Human Resource Specialist 2, NYS Homes and Community Renewal (HCR), Dr. Arthur Kurtz MD, NYS Employee Health (EHS), and Sev Moro, Designee for "Reasonable Accommodation" (DRA), VP/Assistant Commissioner of Human Resource Management, NYS Homes and Community Renewal (HCR), and Attorney Peter Bee who is NOT a Bona Fide Hearing Officer. Please NOTE I was NOT provided the Article 71 Arbitration Reinstatement Hearing DEPOSITION and INDEX/DOCKET NUMBER and MINUTES/TRANSCRIPTS. Notwithstanding, I was DENIED my rights as an American employee with a Disability an equal opportunity to be REINSTATED Under Title I of the Americans with Disabilities Act of 1990 (ADA) "REASONABLE ACCOMMODATION".

I am a competitive NYS Civil Servant, Title, Rent Examiner 1, SG-9 (reclassified title Junior Rent Examiner, SG-9) since June 25, 2008 to November 28th, 2022. Please NOTE I was on Workers Compensation Leave since the Date of Accident on August 22nd, 2019 to November 22nd, 2022.

Thank You, very much. I Lorita M. Bowman, Age 65, Mobility Impaired using a Prescribed Rollator Walker and Prescribed Cane, and Left Hand no Left Thumb movement with Cyst, wearing a Prescribed Left Hand Brace with Left Thumb Splint, and Left Hip, and Lower Back. Injuries sustained from FALL at Work in front of the Workstation while performing my job assignments.

Therefore, notwithstanding, I Lorita M. Bowman, am filing the following Employment Discrimination charges with the U.S. Equal Employment Opportunity Commission (EEOC). The Title VII of the Civil Rights, and Americans with Disabilities Act 1990 (ACT) "Reasonable Accommodation", and Age Discrimination in Employment Act (ADEA), and Equal Pay Act (EPA).

Lorita M. Bowman    X _____

ACKNOWLEDGEMENT BY INDIVIDUAL(S)
STATE OF NEW YORK
COUNTY OF Queens
On this 25 day of May, 2023, before me personally came; Lorita M. Bowman to me known and known to me to be the person(s) described in and who executed the foregoing instrument and he/she/they acknowledged to me that he/she/they executed the same.

Notary Public

page 10

NEW YORK DISTRICT OFFICE

MAY 25 2023

page 11.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Lorita Bowman
40 Waterside Plaza
Apt 1H
New York, NY 10010

Issued On: 02/12/2025

Charge No: 16G-2024-01860

EEOC Representative and email:    HERNAN MORALES
State and Local Program Manager
HERNAN.MORALES@EEOC.GOV

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party wishes to pursue matter in State Court.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Elizabeth Rader
02/12/2025
Elizabeth Rader
Acting District Director

page 12

Cc: **NYS Division** of Housing & Community Renewal
  **Attn: Legal Department**
  **38-40 State Street**
  **3rd Floor**
  **Albany NY 12207**

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC
*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 16G-2024-01860 to the

*Page 14.*

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Elizabeth Rader, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 16G-2024-01860 to the District Director at Elizabeth Rader, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

Page 15.

Enclosure with EEOC Notice of Closure and Rights (01/22)

✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

### "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

Page 16

Page 17.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office
33 Whitehall Street, 5th Fl
New York, N.Y. 10004

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

$0.69 0
US POSTAGE
FIRST-CLASS
062S0002303567
FROM 10004

B142170S

**To:** Lorita Bowman
40 Waterside Plaza
Apt 1H
New York, NY 10010

02/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LO RITA M. BOWMAN,
Plaintiff,

v.

NYS HOMES AND COMMUNITY
RENEWAL;CAROLE BROADWATER;SEV MORRO;
andARTHUR KURTZ, MD,
Defendants.

COMPLAINT

(Civil Action No. _____)

INTRODUCTION

1. This is an action for disability discrimination arising under the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12101 et seq., and New York State Workers With Disabilities Law § 55b/c (the "Statute"). Plaintiff Lorita M. Bowman ("Plaintiff") brings this action against Defendants NYS Homes and Community Renewal; Carole Broadwater; Sev Morro; and Arthur Kurtz, MD, for discriminatory employment practices culminating in her termination following the denial of a reasonable accommodation request despite her permanent mobility disability.

JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 as this action involves federal questions regarding the ADA. Venue is proper pursuant to 28 U.S.C. § 1391(b) as the events giving rise to the claims occurred in this district.

3. The claims asserted under the New York State Workers With Disabilities Law raise substantial federal and state issues and are joined with the ADA claims. Accordingly, this Court has supplemental jurisdiction.

PARTIES

4. Plaintiff Lorita M. Bowman is an individual residing at 40 Waterside Plaza Apt. 1H, New York, NY 10010.

5. Defendant NYS Homes and Community Renewal is a state agency with offices at Hampton Plaza, 38-40 State Street, Room 313S, Albany, NY 12207.

6. Defendant Carole Broadwater is an official of NYS Homes and Community Renewal, with an address at Hampton Plaza, 38-40 State Street, Room 313S, Albany, NY 12207.

7. Defendant Sev Morro is an official of NYS Homes and Community Renewal, with an address at Hampton Plaza, 38-40 State Street, Room 313S, Albany, NY 12207.

8. Defendant Arthur Kurtz, MD, is employed by NYS Employee Health Services, Shirley Chisholm OGS, and is located at 55 Hanson Street, Brooklyn, NY 11217.

## FACTUAL ALLEGATIONS

9. Plaintiff was hired by NYS Homes and Community Renewal on June 26, 2008, and performed her job with dedication and competence.

10. On September 5, 2019, Plaintiff was diagnosed with a permanent mobility disability resulting from an on-the-job fall. As a result of the injury, Plaintiff now requires the use of a prescribed rollator walker, cane, and a left-hand brace for mobility.

11. Plaintiff's disability qualifies under both the ADA and the New York State Workers With Disabilities Law.

12. Due to her disability, Plaintiff requested a reasonable accommodation to work in one of the three Manhattan office locations rather than the Queens office to which she had been assigned. The Queens location required a two-hour commute, which is impractical given her mobility impairment.

13. Instead of engaging in an interactive process to determine a reasonable accommodation, Defendants denied Plaintiff's accommodation request.

14. Subsequent to the accommodation denial, Defendants mandated that Plaintiff undergo a medical examination with Defendant Arthur Kurtz, MD. Based on this examination, Defendant Kurtz declared Plaintiff unfit to perform her job—a determination used as the basis for terminating her employment.

15. Plaintiff was terminated on November 28, 2022. The

Page 19.

termination was tainted by discriminatory animus based on her disability and constituted a failure to provide her the reasonable accommodation required under both the ADA and the New York State Workers With Disabilities Law.

16. Prior to filing this complaint, Plaintiff filed an Employment Disability Discrimination charge with the U.S. Equal Employment Opportunity Commission (EEOC) and the New York State Human Rights Commission, consolidated as CHARGE Number 16G-2024-01860, and on February 12, 2025, a Notice of Right to Sue was issued.

## CLAIMS FOR RELIEF

## Count I – Violation of the Americans with Disabilities Act (ADA)

(42 U.S.C. §§ 12101 et seq.)

17. Plaintiff repeats and realleges all preceding paragraphs as if fully set forth herein.

18. Defendants, by refusing to provide a reasonable accommodation and by terminating Plaintiff on the basis of her disability, discriminated against Plaintiff in violation of the ADA.

19. As a proximate result of Defendants' actions, Plaintiff has suffered, and continues to suffer, damages including but not limited to lost wages, emotional distress, and other compensable losses.

## Count II – Violation of New York State Workers With Disabilities Law § 55b/c

20. Plaintiff repeats and realleges all preceding paragraphs as if fully set forth herein.

21. Defendants' refusal to accommodate Plaintiff's disability, and reliance on an invalid medical determination as a basis for her termination, constitute violations of the New York State Workers With Disabilities Law § 55b/c, which prohibits discrimination against employees with disabilities.

22. Plaintiff has suffered and continues to suffer damages as a result of Defendants' discriminatory actions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that the conduct of the Defendants violates the ADA and the New York State Workers With Disabilities

Page 20.

Law.

B. Order Defendants to provide appropriate compensatory relief, including:     (i) Back Pay in the amount of $300,000;     (ii) Front Pay in the amount of $300,000;     (iii) Compensatory Damages in the amount of $300,000;     (iv) Punitive Damages as appropriate to deter future violations.

C. Order reinstatement of Plaintiff to her former position at NYS Homes and Community Renewal at one of the three Manhattan office locations, accommodating her mobility impairment.

D. Grant such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Lorita M. Bowman, Pro Se

40 Waterside Plaza Apt. 1H

New York, NY 10010

Dated: May 5, 2025

X _[signature]_

STATE OF __NY__
COUNTY OF __NY__

The foregoing instrument was acknowledged before me this __5__ day of __May__, 20_25_ by _Lorita Bowman_

_Munoz_
Notary Name

Notary Public's Signature
My Commission Exp. _4 3 27_

[Notary seal: NATALIE MUNOZ, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Kings County, 01MU0004868, MY COMMISSION EXPIRES 04/03/2027]

Page 20

 **U.S. Equal Employment Opportunity Commission**

# Remedies For Employment Discrimination

Whenever discrimination is found, the goal of the law is to put the victim of discrimination in the same position (or nearly the same) that he or she would have been if the discrimination had never occurred.

The types of relief will depend upon the discriminatory action and the effect it had on the victim. For example, if someone is not selected for a job or a promotion because of discrimination, the remedy may include placement in the job and/or back pay and benefits the person would have received.

The employer also will be required to stop any discriminatory practices and take steps to prevent discrimination in the future.

A victim of discrimination also may be able to recover attorney's fees, expert witness fees, and court costs.

# Remedies May Include Compensatory & Punitive Damages

Compensatory and punitive damages may be awarded in cases involving intentional discrimination based on a person's race, color, national origin, sex (including pregnancy, transgender status, and sexual orientation), religion, disability, or genetic information.

Compensatory damages pay victims for out-of-pocket expenses caused by the discrimination (such as costs associated with a job search or medical expenses) and compensate them for any emotional harm suffered (such as mental anguish,

Page 21

inconvenience, or loss of enjoyment of life).

Punitive damages may be awarded to punish an employer who has committed an especially malicious or reckless act of discrimination.

# Limits On Compensatory & Punitive Damages

There are limits on the amount of compensatory and punitive damages a person can recover. These limits vary depending on the size of the employer:

For employers with 15-100 employees, the limit is $50,000.

For employers with 101-200 employees, the limit is $100,000.

For employers with 201-500 employees, the limit is $200,000.

For employers with more than 500 employees, the limit is $300,000.

# Age Or Sex Discrimination & Liquidated Damages

In cases involving intentional age discrimination, or in cases involving intentional sex-based wage discrimination under the Equal Pay Act, victims cannot recover either compensatory or punitive damages, but may be entitled to "liquidated damages."

Liquidated damages may be awarded to punish an especially malicious or reckless act of discrimination. The amount of liquidated damages that may be awarded is equal to the amount of back pay awarded the victim.

Page 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lorita M. Bowman

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

New York State Homes and Community Renewal

et al., Carole Broadwater, Sev Moro,
Arthur Kurtz, M.D.

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes     ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

# EXHIBITS

Page 21

Please, I **Lorita M. Bowman**, permanently disabled MOBILITY IMPAIRED, Cherokee American Indian and Black American, submitting the following **documents** as **exhibits** to the **UNITED STATES DISTRICT COURT** SOUTHERN DISTRICT of NEW YORK, **Thurgood Marshall United States District Courthouse,** Pro Se Intake Unit, 40 Foley Square, Room 105, New York, N.Y. 10007. Notwithstanding, the **documents** support my **complaint** of Employment Disability Discrimination, I was **denied** my "Reasonable Accommodation" Americans Disability Act 1990 (ADA) and New York State "Workers With Disabilities 55b/c".

23.  **Ms. Carole Broadwater,** Human Resource Specialist 2, Workers Compensation Liaison, Labor Relations, HTFC, NYS HOMES & COMMUNITY RENEWAL (HCR). Geographic Location:  NYS HCR, Hampton Plaza, 38-40 State Street, Room 313-S, Albany NY 12207.

A) <u>JANUARY 23rd, 2020 (U.S.P.S. Certified Mail)</u> - #7018 0680 0000 7500 5960, initial Letter issued by **Carole Broadwater, HR Specialist 2, Workers Compensation Liaison** of NYS Homes & Community Renewal (HCR). Informing me **pursuant to Article 71 of the NYS Civil Service Law** and 5.9 of the Rules for Classified Service and request Application to submit **"REASONABLE ACCOMMODATION" Americans With Disabilities Act 1990 (ADA). [EXHIBIT A]**

B) <u>JULY 7th, 2020 (U.S.P.S. Certified Mail)</u> - Letter issued by **Carole Broadwater, HR Specialist 2, Workers Compensation Liaison** of NYS Homes and Community Renewal (HCR). Informing me **pursuant to Article 71 of the NYS Civil Service Law** and 5.9 of the Rules for Classified Service, my Worker's Compensation Board Leave will end and my employment will <u>terminate</u> on <u>September 4th, 2020</u>. Due to the COMPLETION OF ONE CUMULATIVE YEAR OF LEAVE, as a result of a work related injury, which occurred on <u>AUGUST 22nd, 2019</u>. **[EXHIBIT B]**

C) <u>AUGUST 17th, 2020</u> - Letter issued by **Carole Broadwater, HR Specialist 2, Workers Compensation Liaison** of NYS Homes and Community Renewal (HCR). Scheduled me a **MANDATORY Medical Examination** (as per JULY 7th, 2020 Letter), **with NYS Employee Health Services (EHS).** At the **SHIRLEY A. CHISHOLM, New York State Office Building, NYS Employee Health Services, 55 Hanson Place, Brooklyn, NY 11217.** Notwithstanding, I had to take a <u>UBER</u> because the location was in **Brooklyn, NY** and my residence is located in **Manhattan, NY;** due to my **Mobility Impairment.** Please NOTE I could NOT sit in the lobby because of **COVID-19 Rules** and stood for **one(1) hour** in **excruciating pain,** outside in front of the building on the hard concrete sidewalk. **[EXHIBIT C]**

D) <u>AUGUST 27th, 2020 (Certified Mail)</u>  -  Letter issued by <u>**Dr. Arthur Kurtz, MD,**</u> **Physician 1, NYS Employee Health Services(EHS).** Based on my **Mandatory Medical Evaluation** for <u>**REINSTATEMENT**</u> Dr. Arthur Kurtz, MD, confirmed I was <u>**UNFIT**</u> to perform the essential duties of my position since <u>June 2008</u> as a Competitive Classified Title, **RENT EXAMINER 1, SG-9,** of NYS Homes and

Page  **22**

Community Renewal (HCR). Please NOTE the Physicians Report to my attention was NOT included in the Letter, I had to repeatedly request this from NYS EHS, which was finally mailed in April 2021 (seven months from the dated letter). [EXHIBIT D]

E) **SEPTEMBER 3rd, 2020 (Certified Letter)** - Letter issued by **Carole Broadwater, HR Specialist 2, Workers Compensation Liaison** of **NYS Homes and Renewal (HCR).** Issued **SECTION 71 "Notice of Refusal to Restore to Duty with Appeal Rights Due to Dispute of Fitness".** Notwithstanding, my request for Reinstatement/Restoration to duty from my **Workers Compensation Leave** was **DENIED** based on the results of the **Mandatory Medical Examination** conducted by **Arthur Kurtz, MD, Employee Health (EHS)** on **August 27th, 2020,** which he found me **unfit to return to duty.** [EXHIBIT E]

F) **SEPTEMBER 3rd, 2020 (Via E-Mail)** - Letter issued by **Sev Moro, Designee for Reasonable Accommodations (DRA),** VP/Assistant Commissioner of HR Management, of **NYS Homes and Community Renewal.** Denied **any and all** "Reasonable Accommodations" under the **Americans of Disability Act of 1990,** a Federal Law, and **New York State "Workers With Disabilities 55b/c".** [EXHIBIT F]

G) **SEPTEMBER 16th, 2020** - Letter issued by **Holly Gray, Director of Employee Relations** of **The Department of Transportation (DOT)** mailed back my **GRIEVANCE** for **Article 71 Hearing** to contest the determination of **SECTION 71 "Notice of Refusal to Restore to Duty with Appeal Rights Due to Dispute of Fitness".** As per **Carole Broadwater, HR Specialist 2, Workers Compensation Liaison** of **NYS Homes and Community Renewal (HCR).** Notwithstanding, as per her directive in the Letter dated **September 3rd, 2020;** to request a **hearing, I** must **apply in writing to Louise P. DeSol, Director of Employee Relations, NYS DOT, Bldg. 5, Room 216a, State Campus, Albany, NY 12232-0328** within **10 Working Days** of **service** of the Letter dated **September 3rd, 2020.** Please NOTE the **telephone number (518) 457 - 3543** was INCORRECT and the ADDRESS was INCORRECT and the Contact Person was INCORRECT!!! [EXHIBIT G]

H) **SEPTEMBER 9th, 2020 (Notarized Affidatvit)** - Form requested by **me, Lorita M. Bowman** for **Mandated Medical Records** from examining Physician, **Dr. Arthur Kurtz, MD** of **NYS Employee Health Service, NYS Department of Civil Service, 55 Mohawk Street - Suite 201, Cohoes, NY 12047.** Please NOTE that is the **Main Office.** [EXHIBIT H]

I) **APRIL 30th, 2021 (Postmarked Envelope stamped "CONFIDENTIAL" in Red Ink)** - Addressed to me, **Lorita M. Bowman, 40 Waterside Plaza, Apt. 1H, New York, NY 10010.** Enclosed to show that I was NOT mailed the **Mandated Medical Examination** until **April 30th, 2021;** from the **State of New York, Department of Civil Service, Employee Health Service (EHS), 55 Mohawk Street - Suite 201, Cohoes, NY 12047.** [EXHIBIT I]

24. **Dr. Arthur Kurtz, MD, Physician 1, NYS EMPLOYEE HEALTH SERVICES (EHS).** Geographic Location: **NYS EHS, Shirley Chisholm State Office Building, 55 Hanson Place, Brooklyn, NY 11217**

A) <u>August 27th, 2020 (Certified Mail)</u> - Letter from **Dr. Arthur Kurtz, MD, Physician 1, NYS EHS.** Based on my **Mandatory Medical Examination** for **REINSTATEMENT** and **"REASONABLE ACCOMMODATION"** Americans With Disabilities Act 1990 (ADA). Dr. Arthur Kurtz, MD, confirmed I was <u>UNFIT</u> to **perform** the **essential duties** of my **position** since **JUNE 2008;** as a **Competitive Classified NYS Civil Servant Title RENT EXAMINER 1, SG-9,** of **NYS Homes and Community Renewal (HCR). [EXIBIT]**

B) Please NOTE the Physician Medical Report "Cc" to my attention was NOT included in the Letter, I had to repeatedly request this from **NYS EHS, 55 Mohawk Street, Suite 201, Cohoes, NY 12047.** Which was finally **mailed** to my **attention** in **April 2021; seven (7) months** from the **date** of **Medical Exam** and **Negative Evaluation** from **Dr. Arthur Kurtz, MD, NYS EHS.**

C) I was **only examined** for **twenty (20) minutes** and was **"FAT SHAMED"** because my **Worked Related Fall** in front of a **Work Station** while doing my **Job;** caused me to become **Mobility Impaired** walking with the aid of a **Prescribed Cane** and as **July 2021 NOW** walking with a **Prescribed Rollator Walker.** This **dormant activity** caused **weight gain** and **COVID-19** were **ALL** Medical Treatment was **STOPPED!!!** He also, was **yelling** and **screaming** and **ordering me to "SHUT UP"** while I was **only answering questions** from the **Nurse on duty.** Notwithstanding, my **position** as a competitive **Rent Examiner 1, SG-9,** at **NYS HCR;** is only **Administrative** NOT **physical; only a sit down desk job.** Requiring only **reading** and **typing** information into the **internet.** Notwithstanding, **NO typing TEST** was **PROTOCOL** and/or **REQUIRED.**

D) The **"REASONABLE ACCOMMODATION"** Americans With Disabilities Act 1990 **(ADA),** and **New York State "WORKERS WITH DISABILITIES 55b/c";** that I **requested** was for a **TRANSFER** from location office, **Queens Borough Rent Office and Enforcement, Gertz Plaza, 92-31 Union Hall Street, Jamaica, Queens NY 11433;** to a **Manhattan, New York, location office** that has **three locations.** The following locations are; **Manhattan, 641 Lexington Avenue, New York, NY 10022** (my preference because the Waterside Plaza resident Van drives directly there), or **Lower Manhattan Borough Office, 25 Beaver Street, New York, NY 10004,** or **Upper Manhattan Borough Office, Adam Clayton Powell Jr. Office Building, 25 Beaver Street, 2nd Floor, New York, NY 10027.** Notwithstanding, I am **NOT traveling by NYC MTA mass transportation for two (2) hours** with my **MOBILITY IMPAIRMENT.**

25. **Mr. Severin "Sev" Moro,** Designee for **"REASONABLE ACCOMMODATIONS" (DRA),** VP/Assistant Commissioner of Human Resources Management NYS HOMES & COMMUNITY RENEWAL (HCR). Geographic Location: NYS HCR, Hampton Plaza, 38-40 State Street, Room 313-S, Albany NY 12207.

**Attendance Abuse.** The **accommodation** transferred her to office location **25 Beaver Street, New York, NY 10004.** Bowman The **fourth** employee **VANESSA FRANCO,** a **nepotism** employee originally **worked** at **25 Beaver Street, Manhattan NY 10004,** position **Office Assistant, SG-6; passed** the **Junior Rent Examiner, SG-9, NYS Homes and Community Renewal (HCR), Promotional Exam; but had** to work out of the office location, **Gertz Plaza, 92-31 Union Hall, Jamaica, Queens NY 11433.** Notwithstanding, ALL she did was **complain,** and how she **hated traveling** to the office location Gertz Plaza, 92-31 Union Hall, Jamaica, Queens NY 11433, vehemently, and **AFTER** her one year **probation** was **completed,** she **immediately** was **TRANSFERRED** back to **25 Beaver Street Manhattan NY 10004 Office** by **NYS Homes and Community Renewal, Human Resource.** Then to **add Insult-To-Injury** she **passed** the **Rent Exam, SG-14** with the **LOWEST passing SCORE** a **70%** and **NYS Homes and Community Renewal, Human Resource** granted her request to **transferred** her **back** to the same office location **Gertz Plaza, 92-31 Union Hall, Jamaica, NY 11433.** Solely, based on a **promotion,** with **no disability.**

C. <u>SEPTEMBER 13th, 2020</u> - I E-Mailed to <u>ACCESSIBILITY@nyshcr.org</u> to Mr. Ilan Halfi, Human Resource Specialist 2, NYS HCR; my twelve (12) page "**NOTARIZED AFFIDAVIT**" <u>NYS HCR EMPLOYEE APPLICATION TO REQUEST REASONABLE ACCOMMODATION OF A DISABILITY</u>. Also, due to my Mobility Impairment my Prescription for my Cane, and Prescription for my Left Hand Brace with Left Thumb Splint; to the <u>DESIGNEE FOR REASONABLE ACCOMMODATION (DRA)</u> which is SEV MORO. As per CAROLE BROADWATER'S request.

D. <u>SEPTEMBER 14th, 2020</u> - I was E-Mailed from Mr. Ilan Halfi, Human Resource Specialist 2, NYS HCR; a one (1) page Form <u>Section B INITIAL RESPONSE TO REQUEST FOR AN REASONABLE ACCOMMODATION (To Be Completed by DRA)</u>. The response a checked box stating; <u>**NO DECISION HAS BEEN MADE AT THIS TIME. WE WILL CONTINUE TO ACCESS YOUR REQUEST. The Designee for REASONABLE ACCOMMODATION (DRA), WILL CONTACT YOU WITHIN THE NEXT TWO (2) WEEKS.**</u> Notwithstanding, this **Form** was **SIGNED** by **SEV MORO, Designee Reasonable Accommodation (DRA), NYS HCR.**

26.    **Mr. Anthony Tatano,** Manager, Housing and Community Renewal 2, SG-63, Office of Rent Administration (ORA). Geographic Location: **NYS HOMES & COMMUNITY RENEWAL (HCR), Queens Borough Rent Office (ORA) and Enforcement Unit, Gertz Plaza, 92-31 Union Hall Street, 6th Floor, Jamaica, Queens, NY 11433.**

A. <u>JULY 12th, 2022</u> - My **Article 71 Hearing** (not a Arbitration) for **REINSTATEMENT for a "Reasonable Accommodation" Americans With Disabilities 1990 (ADA),** and **New York State "Workers with Disabilities 55b/c".** In which he **Testified** in a very **egregious** attitude when **AFSCME, DC 37, Local 1359, Rent Regulation Services Employees** of the **New York State Division Housing and Renewal,** assigned

**Attorney Leonard A. Shrier,** to represent me.   Questioned him about me doing **two assignments; Enforcement/Compliance** and **S.C.O.R.E., simultaneously** for almost **ten months. These two job assignments** were **acknowledged** as **outstanding** on my **Annual Performance.**   I was **not promoted** and/or had no merit **performance** additional pay. Notwithstanding, I could **easily** be **transferred** to **one** of **three** of the **NYS Homes and Community Renewal (HCR), Manhattan Offices.**

    B. <u>**INTENTIONALLY "PASSED OVER"**</u> - for **promotions** and given to **workers** with **lower grades, less seniority,** and **No College Degree,** only **High School Diplomas/G.E.D.** One **ERIN MORAN** who **scored ONLY** a **70%,** on **promotional NYS HCR Exam Rent Examiner Trainee SG-13/14/18** a **two(2) year Traineeship, LIST #00-369,** written exam **January 2017,** and was **spoon feed every aspect of the S.C.O.R.E. Unit.** Also, **posted** a picture on **Facebook** and her **middle finger sticking up** (derogatory) with **not only** her **name but also, NYS Homes and Community Renewal** in the caption.  While I was working like a "**CASH COW**" since **2008; four Tours of Duty: 1) Major Capital Improvement (MCI),** and **2) S.C.O.R.E.,** and **3) S.C.O.R.E. simultaneously with Enforcement/Compliance** and, **back to 4) Major Capital Improvement (MCI) trained in an updated new "Share Point" computer program.**

    C. <u>**"NEPOTISM"**</u> - hired his **Wife JOYCE TATANO, immediately** off the **Open Competitive Professional Career Opportunities (PCO) List, SG-13/14/18;** in either the year **2014** or **2017,** out of **over twenty thousand candidates.** Again, **no Seniority** and her **Job Assignment in S.C.O.R.E.** where she was **"Spoon Fed"** her **job** and **further promotions** because **she is the bosses wife.**  Notwithstanding, she has **not earned anything other than a unjustified high salary, off the backs** of **other well deserving dedicated Workers** with **years** of **experience.  This is a Governmental Agency not Private Industry.**


27.    **WOODY PASCAL, Deputy Commissioner, NYS HOMES & COMMUNITY RENEWAL (HCR), Office Of Rent Administration (ORA), Queens Borough Rent Office and Enforcement Unit, Gertz Plaza, 92-31 Union Hall Street, 6th Floor, Jamaica, Queens NY 11433.**

    A. <u>**"BLACKLISTED" MY PROMOTION**</u> - Who is a **TYRANT** like **autocratic despotic Dictator Francois Duvalier** a.k.a. **"Papa Doc"** and **Jean-Claude Duvalier** a.k.a. **"Baby Doc".**

    B. <u>**TUBERCULOSIS OUTBREAK**</u> - Started by a **Attorney in Overcharge Unit** (how did this infected worker get clearance from Arthur Kurtz, M.D., NYS Employee Health Services to return to work) I **immediately contacted the UNION DC-37 LOCAL 1359,** they contacted the **Workers Compensation Board "Occupational Disease" Unit,** to **communicate** our **Workers Rights.**  Notwithstanding, **Woody Pascal, Deputy Commissioner,** started **YELLING** and **SCREAMING** at me in the **MIDDLE** of the **sixth (6) floor,** while I was **answering questions** relayed to me by a **S.C.O.R.E. Supervisor,**

**SG-18.** This was **obviously** a **belligerent "SCARE" Tactic** in **RETALIATION** for me **contacting** the **Union,** who in turn contacted **Workers Compensation Board "Occupational Disease" Unit.** He operates **The Gertz Plaza, Jamaica, Queens NY Office** like a **"PLANTATION" setting.** Therefore, he **picks** and **chooses** and **"SPOON FEEDS"** his **favorites** which get **Promoted** over **highly qualified candidates;** one example is a **male candidate, MANFRED WHITE,** with **NO college education** and **worked** in the **MAIL ROOM;** and **NOW** he is a **Supervisor, SG-18** in **Overcharge.** Notwithstanding, **LIONEL P. THOTAM, convicted** of **white collar crime** of **insider trading Wall Street,** and **United State Postal Service mail fraud.** Notwithstanding, he is a **Supervisor, SG-18;** in **Major Capital Improvement (MCI)** in the unit **Hard Ship,** which **distributes/allocates monetary funds** to **Rent Stabilized** and/or **Rent Control Landlords** that do not have their own funds money to repair their buildings decaying **boilers, windows, facade.** These are **building wide Major Capital Improvement,** the cost can be in the **millions.**

28. <u>**PETER ALOYSIUS BEE, ATTORNEY**</u> - **BEE READY LAW GROUP, Bee Ready Fishbein Hatter & Donovan LLP, 170 Old Country Road, Suite 200, Mineola NY 11501.**

   A. Represented **NYS HOMES & COMMUNITY RENEWAL (HCR);** please **NOTE** he oversaw my **Article 71 Hearing GRIEVANCE;** on **JULY 12th, 2022;** and he is **NOT** a **Bona Fide Official HEARING OFFICER.** Notwithstanding, he **RULED** against and **DENIED** my **"REASONABLE ACCOMMODATION" Americans With Disabilities 1990 (ADA)** and **NYS "Workers with Disabilities 55b/c"** his **DEPOSITION NOT** to **REINSTATE** me back to **position** of **Rent Examiner 1, SG-9,** at **NYS HOMES & COMMUNITY RENEWAL (HCR),** that I worked since **JUNE 26th, 2008**

   B. <u>**Monday, NOVEMBER 28th, 2022**</u> - I was **contacted** via **telephone** by **ATTORNEY, LEONARD A. SHRIER,** for **AFSCME District Council 37, Local 1359, Rent Regulation Services Employees, 125 Barclay Street, Manhattan NY 1000;** that I was **TERMINATED/MEDICAL SEPARATION.** Notwithstanding, **CAROLE BROADWATER, Human Resource 2, Workers Compensation Board Liaison, Labor Relations, NYS HOMES & COMMUNITY RENEWAL (HCR)** via **United States Postal Service (U.S.P.S), CERTIFIED MAIL #7019 1120 0002 0121 3831, Letter Dated, NOVEMBER 28th, 2022,** and **Envelope POSTMARKED Dated, NOVEMBER 29th, 2022.**

   C. As **to date** I was finally **provided** the **Docket Number** of my **Article 71 Hearing GRIEVANCE** on **Tuesday, JULY 12th, 2022,** starting at **10:00am;** and the **MINUTES** of the **DEPOSITION ORDER** by **ATTORNEY PETER ALOYSIUS BEE,** representing **NYS HOMES & COMMUNITY RENEWAL (HCR).** The **U.S. Equal Employment Opportunity Commission (E.E.O.C.)** had to **subpoena Carole Broadwater, HR Specialist, NYS HOMES and COMMUNITY RENEWAL (HCR);** for the **Minutes.**

Page    27.

Thank You, **Lorita M. Bowman,** American Cherokee Indian and Black American, Mobility Impaired walking with the aid of a **prescribed Rollator Walker** and **prescribed Cane, prescribed Left Hand Brace** with **Left Thumb Splint.** Permanent sustained, **Left Hip, Lower Back,** and **Left Hand** and **Left Thumb;** from a **fall** at a **workstation** while doing my **work assignments** at my job at **NYS Homes and Community (HCR).**

Respectfully submitted,

**Lorita M. Bowman, PRO SE**
WATERSIDE PLAZA
40 Waterside Plaza
Apt. 1H
New York, N.Y.  10007
Dated May 5th, 2025

X _____

Page    28

# Exhibit A

Page 29

**NEW YORK STATE OF OPPORTUNITY.** | **Homes and Community Renewal** | **Housing Trust Fund Corporation**

**ANDREW M. CUOMO**
Governor

**RUTHANNE VISNAUSKAS**
Commissioner/CEO

<u>**Certified Mail Return Receipt #: 7018 0680 0000 7500 5960**</u>

January 23, 2020

Lorita Bowman
40 Waterside Plz., Apt. 1H
New York, NY  10010-2635

Dear Ms. Bowman,

This letter is being sent to provide you further information and guidance over the next few months, in relation to your workers' compensation leave. I was notified by you, that you had been injured at the worksite on August 28, 2019. On August 28, 2019 you were sent and received an informational packet from me, then placed on workers' compensation leave effective September 12, 2019, once the mandatory 7-day waiting period had been fulfilled.

You have a right to a leave of absence from your position during your disability for one cumulative year or sooner if found to be permanently disabled or terminated for some other reason. For specific information regarding workers' compensation benefits, please refer to the employee contract for your bargaining unit or consult with this office.

You also have the right to apply for return to duty at any time during this leave; but this agency does not have to process more than one application in any six-month period. In the event that you are scheduled for a medical examination to verify your fitness to return to duty and it is determined that you are not fit to return to duty, you have the right to a hearing to contest that finding. If you are found fit for duty by this agency, your leave will be terminated, and you will be scheduled to return to work.

If you do not return to work prior to the expiration of your workers' compensation leave, your employment can be terminated as a matter of law. You have the right thereafter to apply to the Department of Civil Service within one year of the end of your disability for a medical examination to determine your fitness to return to work. If you are fit to return to work, we will consider you for reinstatement to your position, if vacant, or to a similar position. If you cannot be reinstated at that time, your name will be placed on a preferred list pursuant to §71 of the Civil Service Law and Rule 5.9 of the Rules for the Classified Service.

As required by the Americans with Disabilities Act (ADA), it is the policy of this agency to make reasonable accommodation to the known physical or mental limitations of an otherwise qualified employee with a disability. If you are an individual with a disability, as defined by the ADA, you may be entitled to an accommodation to enable you to perform the essential duties of your position. If you believe you would be able to perform the duties of your position with a reasonable accommodation, please contact this office for an application for requesting such an accommodation or for further information concerning the ADA.

Page 30.

If you have any questions regarding the above, please contact this office by telephone at (518)473-6971.

Sincerely,

*Carole Broadwater*

Carole Broadwater
Human Resources Specialist 2, Labor Relations

Cc:    K. Clement
       PHF
       BSC

Page 31

STATE OF NEW YORK-EXECUTIVE DEPARTMENT
DIVISION OF HOUSING AND COMMUNITY RENEWAL
38-40 STATE STREET, ALBANY, NY 12207-2804



CERTIFIED MAIL

7018 0680 0000 7500 5960



U.S. POSTAGE >> PITNEY BOWES

ZIP 12207
02 1W
0001403395 JAN 23 2020
$ 008.50

Ms. Lorita Bowman
40 Waterside Plz., Apt 1 H
New York, NY 10010-2635

10010826 35 C038

# Exhibit B

**Notice of Pending Termination**

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

July 7, 2020

Lorita Bowman
40 Waterside Plaza, Apt. 1H
New York, NY  10010-2635

Dear Ms. Bowman:

Pursuant to §71 of the New York State Civil Service Law and §5.9 of the Rules for the Classified Service, your workers' compensation leave will end, and your employment will terminate on September 4, 2020, beginning of business, due to the COMPLETION OF ONE CUMULATIVE YEAR OF LEAVE, as a result of a work-related injury, which occurred on August 22, 2019.

You have the right to apply to this office prior to that date for restoration to duty if you are medically fit to perform the duties of your position. If you apply, you may be required to submit to a medical examination to determine your fitness. If the examining physician finds that you are not fit, you will have the right to a hearing to contest that finding, pursuant to Subdivision (d) of §5.9 of the Rules for the Classified Service. If you are found fit for duty by this agency, your leave will be terminated, and you will be scheduled to return to work. If restored to duty, you will be informed of any remaining worker's compensation leave and if you return to workers' compensation leave for the same occupational injury or disease WITHIN 30 DAYS OF RESTORATION, you may be immediately terminated without further notice when your cumulative year of leave has been exhausted.

After the termination of your employment, you have the right to apply to the Department of Civil Service within one year of the end of your disability for a medical examination to determine your fitness to return to work. If you are fit to return to work, we will consider you for reinstatement to your position, if vacant, or to a similar position. If you cannot be reinstated at that time, your name will be placed on a preferred list pursuant to §71 of the Civil Service Law and §5.9(e) of the Rules for the Classified Service.

As required by the Americans with Disabilities Act (ADA) and the New York State Human Rights Law (HRL) it is the policy of this agency to make reasonable accommodation to the known physical or mental limitations of an otherwise qualified employee who has a disability. If you are an individual with a disability as defined by the ADA or HRL you may be entitled to an accommodation to enable you to perform the essential duties of your position. If you believe you would be able to perform the duties of your position with a reasonable accommodation, please contact this office for an application for requesting such an accommodation or for further information about the ADA or HRL.

You may wish to contact the Employees' Retirement System to determine your eligibility for various retirement benefits, including accidental disability retirement. You should do so as soon as possible in order to avoid possible ineligibility due to lateness. You may contact the Retirement System at 1-866-805-0990 or 518-474-7736 (in the Albany area), or by writing to: The New York State Employees' Retirement System, 110 State Street, Albany, NY 12236.

Page 34

If you have questions regarding this letter, please contact me at: Carole.Broadwater@nyshcr.org or call: Carole Broadwater, Workers' Compensation Liaison, (518) 473-6971.

Sincerely,

Carole Broadwater
HR Specialist 2, Labor Relations
Worker's Compensation Liaison

Page 35

**UNITED STATES POSTAL SERVICE**

We <sup>Re</sup>Deliver for You!

Download Informed Delivery APP to manage your redeliveries

**Sorry we missed you while you were out.**

Date: 07-09-2020

The item was sent by: NYS

It was sent to: Lorita - Bowman

At this address: 40 waterside 4rH

**About the missed delivery:**

It was a:

_____ Package  ✓ Letter  _____ Large envelope

Available for pickup after:

Date 07-10-20

This is the:

☑ First attempt  ☐ Final notice

We'll hold on to it until: _____

For redelivery, scan the QR code or go to *usps.com/redelivery* and enter the barcode number shown below.

**5293 0569 6728 7957**

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_____ for:

_____ Postage due  _____ Customs

☐ Receptacle full/item oversized

☐ No secure location available

☐ No authorized recipient available

☑ Signature required (Adult Signature items-must be 21 + years old)

☐ Other. _____

**Please see reverse for redelivery or pickup options.**

PS Form 3849, October 2017

Page 36

# Exhibit C

Page 37.



**NEW YORK STATE OF OPPORTUNITY.**

**Homes and Community Renewal**

**ANDREW M. CUOMO**
Governor

**RUTHANNE VISNAUSKAS**
Commissioner/CEO

> **SHIRLEY A. CHISHOLM** PASS #:
> **STATE OFFICE BUILDING** I
> **TEMPORARY VISITOR PASS**
> DATE: 06 . 27 . 20 TIME: 7:30 am
> NAME: NS
> AGENCY / FLOOR: 265

**CONFIDENTIAL**

August 17, 2020

Ms. Lorita Bowman
40 Waterside Plz. Apt 1H
New York, NY  10010-2635

Dear Ms. Bowman:

This letter is to inform you that you have been scheduled for a mandatory appointment, with Employee Health Services (EHS).  Please note that failure to report for this mandatory appointment could result in a $350.00 charge to you.  Your appointment is as follows:

> **Place:**  Employee Health Services
> 55 Hanson Place
> Brooklyn, NY  11217

> **Date: Thursday, August 27, 2020 at 8:30am**

> *Please arrive 15 minutes earlier to complete paperwork.  The appointment with Dr. Kurtz will follow immediately.*

Please be sure to bring photo identification to allow your entrance into the screening.

If you have any questions regarding the above, please feel free to contact me at (518) 473-6971.

Sincerely,

Carole Broadwater
HR Specialist 2, Labor Relations

Page 38

NEW YORK STATE
HOMES & COMMUNITY RENEWAL
38-40 STATE STREET, ALBANY, NY 12207-2804

CERTIFIED MAIL®

7019 0140 0000 1234 1379



U.S. POSTAGE >> PITNEY BOWES

ZIP 12207 $ 006.90°
02 1W
0001403395 AUG 18 2020

Ms. Lorita Bowman
40 Waterside Plz. Apt 1H
New York, NY 10010-2635

10010282635 C038

Page 39

# Exhibit D



**NEW YORK** STATE OF OPPORTUNITY. | **Department of Civil Service**

. **ANDREW M. CUOMO**
Governor
**LOLA W. BRABHAM**
Commissioner

August 27, 2020

<u>**CONFIDENTIAL**</u>

Carole Broadwater
HR Specialist 2 Labor Relations
Division of Housing and Community Renewal
38-40 State St., Room 313S
Albany, NY 12207

RE: Lorita Bowman
SS#: xxx-xx-1669

Dear Ms. Broadwater,

At your request, I evaluated Lorita Bowman at the Employee Health Service on August 27, 2020.

Based on that evaluation, Ms. Bowman is unfit to perform the essential duties of a Rent Examiner 1.

If you have any questions, please feel free to contact me at (518) 233-3100.

Sincerely,

Arthur Kurtz, M.D.
Employee Health Service Physician 1
Employee Health Service

AK:cf

Cc: Workers Compensation Board
    State Insurance Fund
    Career Mobility Office
    Lorita Bowman — including all physician's reports

Page 41.

NEW YORK STATE OF OPPORTUNITY. | **Department of Civil Service** | **Authorization for Release and Disclosure of Medical Information to a State Agency**

55 Mohawk Street, Cohoes, NY 12047 | | EHS-742.4 (4/18 L)

**(Please Print Clearly)** | **INFORMATION CONCERNING**

Last Name | First Name | M.I. | Social Security #

BOWMAN, LORITA M. 084-13-169

Street Address

40 WATERSIDE PLAZA, APT. 1H

City or Post Office | State | Zip Code

NEW YORK | N.Y. | 10010

**PERSONAL PRIVACY PROTECTION LAW NOTIFICATION** - The information you provide on this form is being requested for the principal purpose of conducting a physical, medical and/or mental evaluation and securing your permission to report our findings to a governmental agency or department. The information will be used in accordance with section 96 (1) of the Personal Privacy Protection Law, particularly subdivisions (a) (b), (e) and (f). Failure to provide the information may interfere with our ability to perform such evaluation and report our findings. This information will be maintained by the Director, Employee Health Service, Department of Civil Service, 55 Mohawk Street – Suite 201, Cohoes, NY 12047; telephone (518) 233-3100. For information relating only to the Personal Privacy Protection Law, call (518) 457-9375.

**AUTHORIZATION FOR RELEASE AND DISCLOSURE OF PHYSICAL, MEDICAL AND/OR PSYCHIATRIC INFORMATION TO APPROPRIATE AGENCY**

I, LORITA M. BOWMAN, authorize the Department of Civil Service to send the following medical records:
(Print Client's Name)

[X] Any and all medical information and/or records

[ ] EHS medical/nursing records of: _____

(Date(s))

**TO:** (Please check appropriate box(s))

[X] DHCR 38-40 State St rm 313S Albany NY 12207
(Print Name and Address of State Agency)

[ ] Department of Correctional Services, Building 2, State Campus, Albany, NY 12226

[ ] Workers' Compensation Board, 111 Livingston Street, Brooklyn, NY 11201

[ ] State Insurance Fund, 199 Church Street, New York, NY 10007

**THESE RECORDS WILL BE USED FOR:**

[X] Determining your fitness to perform the essential duties of your present or former position or of the position to which you are applying.

[X] Determining your functional limitations if you have requested accommodations pursuant to the A.D.A.

[X] Determining whether you have suffered any adverse health effects as a result of your workplace exposures and/or your ability to use personal protective gear and/or your ability to participate in various programs and/or training activities.

[ ] Other:_____ N/A

*This information may be re-disclosed by the recipient and no longer be protected under federal law.*

This authorization expires in 90 days or on: _____. You may revoke this authorization by writing to the EHS Privacy Official at the address at the top of this page unless the EHS has already released or disclosed the information for the purpose(s) noted above. *Please make sure you receive a copy of this authorization after you sign it.*

Authorized Signature: X L.M. _____ | Date: August 27th, 2020

Copies: | EHS (White) | CLIENT (Yellow)

Page 42

Page 43

# Exhibit E

Page 43



**NEW YORK** STATE OF OPPORTUNITY.

**Homes and Community Renewal**

**ANDREW M. CUOMO**
Governor

**RUTHANNE VISNAUSKAS**
Commissioner/CEO

---

## SECTION 71

### Notice of Refusal to Restore to Duty with Appeal
### Rights Due to Dispute of Fitness

September 3, 2020

Lorita Bowman
40 Waterside Plz., Apt. 1H
New York, NY  10010-2635

Dear Ms. Bowman

Pursuant to §71 of the Civil Service Law and Rule 5.9(d) of the Rules for the Classified Service, your request for restoration to duty from your workers' compensation leave is being denied based on the results of the medical examination conducted by Dr. Arthur Kurtz, M.D., on August 27, 2020, which found that you are unfit to return to duty at this time.

You have the right to a hearing to contest this determination. You have the right to be represented at the hearing by an attorney or a representative of your labor organization. To request a hearing, you must apply in writing to Louis P. DeSol, Director of Employee Relations, NYSDOT, Bldg. 5, Room 216a, State Campus, Albany, NY 12232-0328 within 10 working days of service of this letter. A representative can be reached by telephone at 518-457-3543. A copy of the medical report on which this determination is based is enclosed.

As required by the Americans with Disabilities Act (ADA), it is the policy of this agency to make reasonable accommodation to the known physical or mental limitations of an otherwise qualified employee with a disability. If you are an individual with a disability, as defined by the ADA, you may be entitled to an accommodation to enable you to perform the essential duties of your position. If you believe you would be able to perform the duties of your position with a reasonable accommodation, please contact this office for an application for requesting such an accommodation or for further information concerning the ADA.

If you have any questions, please feel free to contact this office at Hampton Plaza, 38-40 State St., Rm. 313S, Albany, NY 12207 or call: (518) 473-6981.

Sincerely,

Carole Broadwater

Carole Broadwater
HR Specialist 2, Labor Relations
Workers' Compensation Liaison

---

Page 44.

STATE OF NEW YORK-EXECUTIVE DEPARTMENT
DIVISION OF HOUSING AND COMMUNITY RENEWAL
38-40 STATE STREET, ALBANY, NY. 12207-2804

CERTIFIED MAIL

7019 1120 0002 0121 3534

Lorita Bodan
40 Waterside Plz
Apt 1H
New York, NY.
10010-2635



U.S. POSTAGE >> PITNEY BOWES

ZIP 12207    $ 006.90⁰
02 1W
0001403395 SEP 10 2020

Page 45.

# Exhibit F

Page 46

# Reasonable Accommodation

 Halfi, Ilan (HCR)      9/3/2020

To lorita m bow… & 4 more

Sep 3, 2020 at 4:50 PM

1 attachment

Hi Lorita,

Please see the attached memo.

Thank you,
Ilan

**Ilan Halfi**
Human Resources Specialist 2
Office of Human Resources Management

**New York State Homes & Community Renewal**
38-40 State Street, Room 313-South, Albany, NY  12207
Ilan.Halfi@nyshcr.org | (518) 486-5066 (phone) | (518) 486-5007 (fax)

www.nyshcr.org

Page 47.



**NEW YORK** STATE OF OPPORTUNITY. | **Homes and Community Renewal**

**ANDREW M. CUOMO**
Governor

**RUTHANNE VISNAUSKAS**
Commissioner/CEO

September 3, 2020

Ms. Lorita Bowman
40 Waterside Plz
Apt. 1H
New York, New York 10010

Dear Ms. Bowman,

This letter is to inform you that your Reasonable Accommodation request to work from home or from another office cannot be approved at this time due to the recent determination by Employee Health Services that you are not fit to return to work.

Please feel free to contact me at (518) 473-6981 or Ilan Halfi at (518) 486-5066 with any questions.

Sincerely,

*Sev Moro*

Sev Moro
VP/Assistant Commissioner of HR Management

CC:    W. Pascal
       A. Tatano
       S. Worrell

Page 48

Page 49

# Exhibit G



**Department of Transportation**

ANDREW M. CUOMO
Governor

MARIE THERESE DOMINGUEZ
Commissioner

CERTIFIED MAIL
7016 0340 0000 5895 2790

Lorita Bowman
40 Waterside Plz, Apt 1H
New York, NY 10010-2635

Re:    Request for Hearing
       Section 71

Dear Ms. Bowman:

On September 16, 2020 the Department of Transportation received a package of documentation which you sent by Fedex (tracking number 3968 1471 7394) to the attention of Mr. Louis DeSol, at NYSDOT Bldg 5, State Campus, Albany, NY 12232 per information contained in a letter to you from Homes and Community Renewal (DHCR) dated September 3, 2020.

Please be advised that the Department of Transportation is the incorrect recipient of these materials and therefore, your documents are being returned to you for proper filing.

I recommend you contact DHCR at Hampton Plaza, 38-50 State Street, Room 313S, Albany, NY 12207 or by phone at 518/473-6981 for additional information.

Sincerely,

Holly Gray
Director of Employee Relations

Page 50



Page 51



Lorita Bowman
40 Waterside Plz, Apt 1H
New York, NY 10010–2635

PRIORITY MAIL

Page 52

ORIGIN ID:JRAA   (646) 530-3673
LORITA M BOWMAN

40 WATERSIDE PLZ 1H

NEW YORK, NY 10010
UNITED STATES US

SHIP DATE: 14SEP20
ACTWGT: 1.60 LB
CAD: 6995943/SSF02110

BILL CREDIT CARD

TO  LOUIS P DESOL,
DIRECTOR OF EMPLOYEE RELATIONS
NYSDOT, BLDG 5, RM 216-A
STATE CAMPUS
ALBANY NY 12232
(518) 457-3543          REF:
PO:                       DEPT:

SO WOLF RC



**FedEx**
Express

**E**

Reusable

TRK# 3968 1471 7394
0201

EI DSVA

TUE - 15 SEP 3:00P
STANDARD OVERNIGHT

12232
NY-US   ALB

7394
09.16

Align bottom of peel-and-stick airbill or pouch here.

Page 53

# Exhibit H

Page 54

NYS Department of Civil Service
Employee Health Service
55 Mohawk Street – Suite 201
Cohoes, NY 12047
(518) 233-3100

**Authorization for Release and
Disclosure of Medical Information**

EHS-742 (6/06)

*(Please Print Clearly)*     **INFORMATION CONCERNING**

| Last Name | First Name | M.I. | Date of Birth | Social Security # |
|---|---|---|---|---|
| BOWMAN | LORITA | M. | 02/12/1958 | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 40 WATERSIDE PLAZA, APT. 1H | NEW YORK, | NY | 10010 |

**Personal Privacy Protection Law** – The information which you provide on this form is being requested pursuant to Section 82..3 of the Regulations of the Department of Civil Service (President's Regulations) for the principal purpose of processing the release of your medical records (4NYCRR 82.3). This information will be used in accordance with Section 96 (1) of the Personal Privacy Protection Law, particularly subdivisions (b), (e), and (f). Failure to provide the information requested may prevent your medical records from being released. This information will be maintained by the Administrator of the Employee Health Service, NYS Department of Civil Service, 55 Mohawk Street - Suite 201, Cohoes, NY 12047. For further information relating *only* to the Personal Privacy Protection Law, call (518) 457-2487. For information concerning this form, please contact the Employee Health Service at (518) 233-3100.

**AUTHORIZATION FOR RELEASE AND DISCLOSURE OF MEDICAL INFORMATION**

I, LORITA M. BOWMAN, authorize release or disclosure of the following medical records:

☒ EHS Nurse records of: August 27th, 2020 REINSTATEMENT EXAM
                      (Date(s))

☒ EHS Medical records of: August 27th, 2020 REINSTATEMENT EXAM
                      (Date(s))

☐ Personal Physician's records pertinent to: _____
                        (Medical Condition)

☐ Other _____

**THESE RECORDS WILL BE USED FOR:**

☐ My Personal Use

☒ By EHS to Determine Your Ability to Perform the Duties of Your Position

_____      SEPTEMBER 9th, 2020
Signature                                Date

*This information may be re-disclosed by the recipient and no longer be protected under federal law.*

This authorization expires is 90 days or on: _____. You may revoke this authorization by writing to the EHS Privacy Official at the address at the top of this page unless the EHS has already released or disclosed the information for the purpose(s) noted above. *Please make sure you receive a copy of this authorization after you sign it.*

| **SEND RECORDS FROM:** | **SEND RECORDS TO:** |
|---|---|
| ☒ Employee Health Service<br>   NYS Department of Civil Service<br>   55 Mohawk Street – Suite 201<br>   Cohoes, NY 12047 | ☐ Employee Health Service<br>   NYS Department of Civil Service<br>   55 Mohawk Street – Suite 201<br>   Cohoes, NY 12047 |
| ☐ Physician, Hospital, Other | ☒ Physician, Attorney, (Self,) Other |
| Name<br>ARTHUR KURTZ, M.D., NYS EXAM RHYSICIAN 1 | Name<br>LORITA M. BOWMAN |
| Organization<br>NYS EMPLOYEE HEALTH SERVICES | Organization |
| Street or PO Box<br>55 HANSON PLACE, RM 265 | Street or PO Box 40<br>WATERSIDE PLAZA, APT. 1H |
| City<br>BROOKLYN, NY   State   Zip Code | City<br>NEW YORK,   State N.Y.   Zip Code 10010 |

Copies:           EHS (white)         EMPLOYEE (Pink)        OTHER (Yellow)

(back) →

Page 55

NATALIE MUNOZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6333628
Qualified in Kings County
My Commission Expires 11-30-2023

9/9/2020

Page 56.

# Exhibit I

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  :  09/01/2020 10:16
                                    NAME  :
                                    FAX   :  5182333131
                                    TEL   :
                                    SER.# :  000D5V582516
```

```
    DATE,TIME              09/01   10:16
    FAX NO./NAME           95184865007
    DURATION               00:00:17
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

**NEW YORK** STATE OF OPPORTUNITY. | **Department of Civil Service**

**ANDREW M. CUOMO**
Governor
**LOLA W. BRABHAM**
Commissioner

August 27, 2020

<u>**CONFIDENTIAL**</u>

Carole Broadwater
HR Specialist 2 Labor Relations
Division of Housing and Community Renewal
38-40 State St., Room 313S
Albany, NY 12207

RE: Lorita Bowman
SS#: xxx-xx-1669

Dear Ms. Broadwater,

At your request, I evaluated Lorita Bowman at the Employee Health Service on August 27, 2020.

Based on that evaluation, Ms. Bowman is unfit to perform the essential duties of a Rent Examiner 1.

If you have any questions, please feel free to contact me at (518) 233-3100.

Sincerely,

Page 58

Bwman (cont

Fax # (518) 233-3133

At your request, I evaluated _____ — _____ at the Employee
Health Service on _____ — _____ pursuant to Section 72 of the
Civil Service Law.

Based on that evaluation, Ms./Mr./[     — _____ is
 fit to perform the essential d    s
 unfit to perform the essentia    ti
of a _____

If you have any questions, please f    fr   to contact me at 518-233-3100.

At your request, I evaluated _Lovita_ _Bowman_ at the Employee
Health Service on _8/17/10_ — _____

Based on that evaluation, (Ms.)Mr./[    _Bowman_ is
 fit to perform the essential d    s
 (unfit to) perform the essentia    ti
of a _Rent Examiner_

If you have any questions, please i    fr   to contact me at 518-233-3100.

At your request, I evaluated _ -     _____ at the Employee
Health Service on _____ — _____ pursuant to the Americans
with Disability Act.

Based on that evaluation, Ms./Mr./     _____ has
 a medical condition which is    g   ited by shaving
 the following functional limit    n

_____

If you have any questions,         s   el free to contact me at 518-233-3100.

I am writing to you in regards to th:    al   atement evaluation that you underwent
on _____ pursuar    s   ion 71 or 73 of the Civil Service Law.

Based on that evaluation, you are
 fit to perform the essential    s
 unfit to perform the essenti    it
of a _____

If you have any questions, please    f   to contact me at 518-233-3100.

**NEW YORK STATE OF OPPORTUNITY.** | **Department of Civil Service**

**Medical Evaluation Sheet**

EHS-727 (3/15)

| | |
|---|---|
| **Date of Evaluation:** | 08-27-2020 |
| **Name of Employee:** Bowman, Lorita | **Medical Record Number:** 651 078 |

**Personal Privacy Protection Law Notification**

The information you provide on this application is being requested in accordance with Sections 55-b, 72 and/or 50(4) of the Civil Service Law for the principal purpose of issuing a determination concerning your fitness to perform the essential duties of a position to which you seek appointment or continued employment. The information will be used in accordance with Section 96(1) of the Personal Privacy Protection Law, particularly subdivisions (b), (e) and (f). Failure to provide the information requested may result in the disapproval of your application. This information will be maintained by the Director, Employee Health Service Division, NYS Department of Civil Service, 55 Mohawk Street – Suite 201, Cohoes, NY 12047. For information concerning the Personal Privacy Protection Law, call (518) 457-2487. If you have any questions regarding this form, please contact Employee Health Service at (518) 233-3100.

**TO BE COMPLETED BY MEDICAL TESTING STAFF:** Temp 98.0

| HEIGHT (in bare feet) | WEIGHT (with clothes) | BLOOD PRESSURE | BINOCULAR VISION 20 / |
|---|---|---|---|
| 5 FT 5 IN. | 212 LBS. | 152/82  P81 | ☐ with correction   ☐ without correction |

**TO BE COMPLETED BY EHS EXAMINING PHYSICIAN:**

*Would you classify these items as "NORMAL"?*

| | | |
|---|---|---|
| 1. SKIN  Yes ☐ No ☐ | 2. THROAT  Yes ☐ No ☐ | 3. SCROTUM  Yes ☐ No ☐ |
| 4. GAIT  Yes ☐ No ☐ | 5. THYROID  Yes ☐ No ☐ | 6. TESTES  Yes ☐ No ☐ |
| 7. SPEECH  Yes ☐ No ☐ | 8. NECK  Yes ☐ No ☐ | 9. SPINE  c/o L/S ouchewes @ pdcush  Yes ☒ No ☐ |
| 10. SCALP  Yes ☐ No ☐ | 11. LYMPHATIC SYSTEM  Yes ☐ No ☐ | 12. PELVIS  Yes ☐ No ☐ |
| 13. EYES  Yes ☐ No ☐ | 14. THORAX  Yes ☐ No ☐ | 15. RECTUM  Yes ☐ No ☐ |
| 16. FUNDUS  Yes ☐ No ☐ | 17. BREASTS  Yes ☐ No ☐ | 18. VARICOSE VEINS  Yes ☐ No ☐ |
| 19. PUPILS  Yes ☐ No ☐ | 20. RESPIRATORY SYSTEM  Yes ☐ No ☐ | 21. NEUROLOGICAL SYSTEM  Yes ☐ No ☐ |
| 22. NOSE  Yes ☐ No ☐ | 23. CARDIO-VASCULAR SYSTEM  Yes ☐ No ☐ | 24. UPPER EXTREMITY  Yes ☐ No ☐ |
| 25. EARS  Yes ☐ No ☐ | 26. ABDOMEN  Yes ☐ No ☐ | 27. LOWER EXTREMITY  Yes ☐ No ☐ |
| 28. MOUTH/TEETH  Yes ☐ No ☐ | 29. INGUINAL RINGS  Yes ☐ No ☐ | 30. MENTAL ATTITUDE  Yes ☐ No ☐ |

Details of Abnormal Findings /Medical History Comments

☐ Informed client of all significant abnormalities.   ☐ Advised Client to see personal physician.

Employee Health Service
Examining Physician/PA/NP

Date 8/27/20

fell down, inj'p ① thumb ① hip
and mid-low back.. she has had
one injy to Left hip; one
injec to lower back - she has
received P T 3x/w/k fr sep 19 → Jan
Present she notes 9/10 ① hand pain.
she is being reevaluated by a 2d hand sg
she states that her grip strgth
significantly diminish in ① had ↓2 epsidc thrby
she states that she can alf try
more slowly

The record indicates that Ms Bourne's
work can only be completed at GeK
Plaza, although she is really another
p t work removed to an office at 641 Lexington Ave.
The record indicates she must perform her duties at GeK.

**NEW YORK** STATE OF OPPORTUNITY. | **Department of Civil Service** | **Medical Examination Control Sheet**

EHS-708 (6/10)

Medical Exam. No. _____

| Last Name: Bowman | First Name: Lorita | | M.I. |
|---|---|---|---|

| Social Sec. No. | Date of Birth: | Age: | Sex | Title | Date of Exam |
|---|---|---|---|---|---|
| 651078 | 02-12-1958 | 62 | ☐ M  ☒ F | lent Examiner 1 | 08-27-2020 |

**EXAMINATION TYPE**

- ☐ Preplacement
- ☐ Mandatory Health Maintenance
- ☐ Occupational Health
- ☒ Agency Referral
- ☐ Reinstatement
- ☐ Section 55 b/c
- ☐ Other _____

**You are scheduled to receive only the tests checked below:**

| TEST | STATION | TECH | | TEST | STATION | TECH |
|---|---|---|---|---|---|---|
| ☐ Urinalysis | 2 | | | ☐ Hearing | 6 | |
| ☐ Drug Urine | 2 | | | ☐ Pulmonary | 4 | |
| ☒ Vital Signs | 3 | (Q) | | ☐ X-Ray | 8 | |
| ☐ Vision | 3 | | | ☐ X-Ray B Reading | 8 | |
| ☐ Hematology | 5 | | | Date of last B-read _____ | | |
| | | | | ☐ Electrocardiograph | 9 | |
| ☐ Special Bloods _____ | | | | ☒ Control Desk | 10 | TW/A/C |
| ☐ Lead and Zinc Protoporphyrin | | | | ☒ Physician/PA | | JW/WC |
| ☐ RBC and Plasma Cholinesterase | | | | | | |
| ☐ P.S.A. | | | | ☐ MMPI | | |
| ☐ P.C.B. | | | | | | |
| ☐ Rabies Titer | | | | ☐ Agility | | |
| ☐ Hep B Surface Antibody | | | | | | |
| ☐ Lyme Antibody | | | | ☐ Questionnaires | | |
| ☐ Other _____ | | | | ☐ Asbestos Initial | | |
| | | | | ☐ Asbestos Follow-up | | |
| | | | | ☐ Lead | | |
| | | | | ☐ Medical History for Preplacement and OH Exam | | |
| | | | | ☐ Respirator Questionnaire (EHS-701.8) | | |

55 Mohawk Street, Suite 201, Cohoes, New York 12047 (518) 233-3100

Page 62

Exam Type
☒ Agency Referral
☐ Nurse Referral        ☐ 55B/C        ~R S
☐ MRU/Preplacement    ☐ _____      8/13

Name: _____ Bowman, Lorita _____

Agency: _____ DHCR _____ Scanned
                                    to
                                    Ellet
                                    8/17
## TESTS TO BE COMPLETED.                    n B

☐ Agility                    ☐ MMPI
☐ Asbestos X-Ray             ☐ Pulmonary
☐ Blood Alcohol              ☐ Respirator
☐ Blood and Urine            ☐ Stereo Vision/MD
☐ Complete   Kurtz           ☐ Urine Drug
☐ EKG        nuk             ☒ Vital Signs/MD
☐ Hearing                    ☐ Vision
                             ☐ X-Ray

☐ Consultant _____

Lab Bill:    ☐ EHS    ☐ Agency    ☐ Individual

MRU/Pre Title: _____

Location:    ☐ RF    ☐ Other    ☐ Albany

Appointment:  Kurtz NYC  Date 8/27/12  Time 8:30

Consult:      Date _____    Time _____

Consult:      Date _____    Time _____

Notified:     Phone 8/12/12    Letter _____

Reappointment:  Date _____    Time _____

Consult:        Date _____    Time _____

Consult:        Date _____    Time _____

Notified:       Phone _____    Letter _____

Reappointment:  Date _____    Time _____

Consult:        Date _____    Time _____

Consult:        Date _____    Time _____

Notified:       Phone _____    Letter _____

W.C.B. CASE FILE WITH

Reappointment:  Date _____    Time _____
Consult:        Date _____    Time _____

W.C.B. & STATE INS. FUND

Consult:        Date _____    Time _____

Notified:       Phone _____    Letter _____

EHS-739 (12/07)

TO:                           FOR THE RECORD
FROM:                         Arthur Kurtz, M.D.
SUBJECT NAME:                 Lorita Bowman
AGE:                          62
SOCIAL SECURITY NUMBER:       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
REFERRING AGENCY:             Division of Housing and
                              Community Renewal
TITLE:                        Rent Examiner 1
AGENCY EMPLOYED:              Division of Housing and
                              Community Renewal
EMPLOYED BY NYS:              12 years
DATE:                         August 27, 2020
REASON FOR REFERRAL:          Authorization to return to work
                              from worker's comp.

SUMMARY:   Lorita Bowman is a 62-year-old woman who claims no significant past medical history.  She was in her usual state of health until August 22, 2019 when she reportedly struck her left knee against a metal cabinet while reaching for copies from a copier.  She then states that she fell down, reportedly falling onto her left hand.  She states that she injured her left thumb, her left hip and her mid to lower back.  She states that to date, she has had an injection to the left hip and a single injection to the lower back.  She has additionally received physical therapy three times per week from September through January.  She claims 9/10 left hand pain and states that she is being evaluated by a hand surgeon at this time.  She claims that her left thumb strength is significantly diminished and that she has episodic throbbing of the left thumb.  She additionally states that her thumb pain and tingling and diminished strength causes her to type more slowly. Record indicates that Ms. Bowman has requested that she

Bowman, Lorita, SS#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, 08/27/2020

be permitted to work either from home or from a location closer to her own home in Manhattan.  The record clearly states that based on Ms. Bowman's work responsibilities, her work can only be completed at Gertz Plaza.  The record states that she must perform her duties at Gertz.  Her current medications include capsaicin liniment, ibuprofen 800 mg, cyclobenzaprine and gabapentin.

SOCIAL HISTORY:  The patient is a nonsmoker, nondrinker and reports no drug use.

PHYSICAL EXAMINATION:  Reveals the patient to be alert, pleasant, and cooperative.  Height is 5'5", weight is 272 pounds.  Blood pressure is 152/82.  Temperature is 98.0. HEENT:  Normocephalic and atraumatic with extraocular movements intact.  The ocular conjunctivae are neither injected nor icteric.  Neck:  Supple without lymphadenopathy or thyromegaly. Chest:  Clear.  Heart:  Reveals an S1, S2 without murmurs. Abdomen:  Soft and nontender.  Palpation and percussion of the spinous processes and flank regions reveals significant lower thoracic through sacral complaint of discomfort with percussion.  Upper extremities:  Reveal abduction to 175 degrees on the right side and 155 degrees on the left side. Motor strength appears to be 5/5 in the right upper extremity, 3/5 in the left upper extremity.  Although symptom

Page 65

Bowman, Lorita, SS#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, 08/27/2020

amplification is suspected, the left thenar eminence reveals a cystic lesion and significantly decreased thumb strength was demonstrated by the patient in the left hand. Lower extremities: Reveals straight leg raising of 35 degrees on the right and 20 degrees on the left. Motor strength is about 4-5/5 on the right, 3-4/5 on the left lower extremity. Deep tendon reflexes appear to be symmetrical and diminished. The patient utilizes a cock-up splint on the left wrist and utilizes a cane during ambulation. The patient ambulates minimally asymmetrically and somewhat deliberately. The gait, she is unable to ambulate quickly, although symptom amplification is suspected.

CONCLUSION: After reviewing Ms. Bowman's documentation, speaking with her at some length, examining her, reviewing the letter marked Personnel, Confidential from Carole Broadwater, HR Specialist 2, Labor Relations, requesting this evaluation, where she points out that "it is imperative that if Ms. Bowman is fit to return to work, it must be clear that she returns to the Gertz Plaza location in Jamaica Queens" as well as letters from the patient's physician, Dr. Ellen Edwin Perez dated July 28, 2020 indicating that the patient cannot sit for longer than one hour or stand for an elongated period of time without a 15 minute break and cannot walk more than 1 or 2 city blocks due to limited mobility, as well as my review of a job description

Page 66

Bowman, Lorita, SS#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, 08/27/2020

for rent examiner 1 and my review of an IME performed by Dr. Sean Lager on February 12, 2020, and it is my clinical impression that based on Ms. Bowman's self-reported 9/10 pain in the hand, severe pain in the hip, and significant difficulty with ambulation, that she cannot, at this time, be deemed fit to assume the duties of a Rent Examiner 1. Should her symptoms improve, she can be reassessed in this office.

_____

Arthur Kurtz, M.D.
Employee Health Physician
Employee Health Service
AK:bk

Page 67

STATE OF NEW YORK
DEPARTMENT OF CIVIL SERVICE
EMPLOYEE HEALTH SERVICE
55 Mohawk Street - Suite 201
Cohoes, New York 12047

CONFIDENTIAL

Lorita Bowman
40 Waterside Plaza
Apt 14
New York, NY 10010-2635

CBIFPAB 10010

Page 68.