UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORITA M. BOWMAN,

      Plaintiff,

 -v-

NEW YORK STATE HOMES AND COMMUNITY RENEWAL, et al.,

      Defendants.

CIVIL ACTION NO. 25 Civ. 3784 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision and report and recommendations on dispositive motions. (ECF No. 6). Pursuant to the Court's order at ECF No. 12, Defendants' anticipated motion to dismiss (the "Motion") is due by September 5, 2025, Plaintiff's opposition is due by October 3, 2025, and Defendants' reply is due by October 17, 2025. (ECF No. 12). On August 18, 2025, Plaintiff filed an opposition to the Motion. (ECF Nos. 15–17). The Court notes that Defendants have not yet filed the Motion, however, nor are they required to do so until September 5, 2025. Accordingly, Plaintiff's opposition is premature.

The Court **ORDERS** that Plaintiff's opposition (ECF Nos. 15–17) shall be **STRICKEN**. Plaintiff shall file her opposition to the Motion on or before **October 3, 2025**, (ECF No. 12), but only after Defendants file the Motion.

1

The Clerk of Court is respectfully directed to close ECF No. 15.

Dated: New York, New York
August 21, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**