UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORITA M. BOWMAN,<br><br>                              Plaintiff,<br><br>     -v-<br><br><br>NEW YORK STATE HOMES AND COMMUNITY<br>RENEWAL, et al.,<br><br>                              Defendants. | |

CIVIL ACTION NO. 25 Civ. 3784 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision and a report and recommendations on dispositive motions.  (ECF No. 6).  Although Federal Rule of Civil Procedure 4(m) generally requires that a summons be served within 90 days of the date a complaint is filed (Fed. R. Civ. P. 4(m)), since Plaintiff is proceeding in forma pauperis, the Court previously extended Plaintiff's time to serve the Complaint until 90 days after the date that any summonses were issued.  (ECF No. 7 at 1 n. 1).  On June 5, 2025, summonses were issued for defendants New York State Homes & Community Renewal ("NYSHCR"), Carole Broadwater ("Broadwater"), Sev Moro ("Moro"), and Arthur Kurtz, M.D. ("Dr. Kurtz") (collectively, the "Defendants").  (ECF No. 8).  Accordingly, Plaintiff was required to serve all four Defendants by September 3, 2025.  (See ECF No. 7 at 1 n. 1).  Although Plaintiff has filed proof of service for three of the Defendants—NYSHCR served on August 21, 2025 (ECF No. 19); Broadwater served on July 11, 2025 (ECF No. 14); and Moro served on July 11, 2025 (ECF No. 13)—Plaintiff has not filed proof of service for Dr. Kurtz.

Despite Plaintiff having not filed proof of service for Dr. Kurtz, the Court infers Dr. Kurtz has been served with the Complaint because Dr. Kurtz joined in the letter motion for leave to file a motion to dismiss the Complaint.  (ECF No. 10).  However, Plaintiff is still required to file proof of service of the Complaint on Dr. Kurtz.

On or before **September 18, 2025**, Plaintiff shall file the required proof of service of the Complaint on Dr. Kurtz.

Dated:       New York, New York
             September 4, 2025

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**