UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORITA M. BOWMAN,

          Plaintiff,

-v-

NEW YORK STATE HOMES AND COMMUNITY RENEWAL, et al.,

          Defendants.

CIVIL ACTION NO. 25 Civ. 3784 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is now in receipt of the proof of service of the summons and Complaint on defendant Arthur Kurtz, M.D. ("Dr. Kurtz"). (ECF No. 20). Accordingly, the undersigned's Order at ECF No. 21 directing Plaintiff to file proof of service of the summons and Complaint on Dr. Kurtz by September 18, 2025 is **VACATED**.

Dated:      New York, New York
              September 5, 2025

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**