UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORITA M. BOWMAN,

       Plaintiff,

-v-

NEW YORK STATE HOMES AND COMMUNITY RENEWAL, et al.,

       Defendants.

CIVIL ACTION NO. 25 Civ. 3784 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Lorita M. Bowman's ("Ms. Bowman") submission at Dkt. Nos. 27–29 (the "Submission"). Although Ms. Bowman filed a "Notice of Motion" as part of the Submission (see Dkt. No. 27), Ms. Bowman labeled the Notice of Motion as an "Opposition to Defendants['] Motion to Dismiss." (See id.) Further, the Submission appears to respond to the motion to dismiss (Dkt. Nos. 23–24 (the "Motion")) filed by New York State Homes and Community Renewal, Carole Broadwater, Sev Moro, and Arthur Kurtz, M.D. (together, the "Defendants"). Accordingly, the Court construes the Submission as Ms. Bowman's response in opposition to the Motion, not a cross motion. Defendants are not required to file an opposition to the Submission.

Pursuant to the Court's Order at Dkt. No. 12, Defendants are reminded that their reply in further support of the Motion is due by **October 17, 2025**.

The Clerk of Court is respectfully directed to close Dkt. No. 27.

Dated: New York, New York
October 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**