UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORITA M. BOWMAN,<br><br>               Plaintiff,<br><br>  -v-<br><br><br>NEW YORK STATE HOMES AND COMMUNITY RENEWAL, <u>et</u> <u>al.</u>,<br><br>               Defendants. | CIVIL ACTION NO. 25 Civ. 3784 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On November 25, 2025, the Court held oral argument (the "Hearing") on the motion of

New York State Homes and Community Renewal, Carole Broadwater, Sev Moro, and Arthur Kurtz,

M.D. (together, the "Defendants") to dismiss the Complaint.  On or before **December 3, 2025**,

Defendants shall order a copy of the Hearing transcript online at https://www.sdreporters.com/.

Dated:      New York, New York
             November 25, 2025

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**