UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORITA M. BOWMAN,

Plaintiff,

-v-

NEW YORK STATE HOMES AND COMMUNITY RENEWAL, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 3784 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 14, 2026, Plaintiff Lorita M. Bowman ("Ms. Bowman") filed an amended complaint. (Dkt. No. 45 (the "AC")). Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants New York State Homes and Community Renewal, Carole Broadwater, Severin Moro, and Arthur Kurtz, M.D. (together, the "Defendants") to respond to the AC was October 30, 2026. Fed. R. Civ. P. 15(a)(3).[1] To date, Defendants have not responded to the AC. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the AC to **November 11, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Lorita Bowman at 40 Waterside Plaza, Apt. 1H, New York, NY 10010.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] Although the AC is dated October 14, 2026, given Ms. Bowman's pro se status, her exhibits to the AC were not docketed until October 16, 2026. (See Dkt. No. 45). Accordingly, we calculate Defendants' deadline to respond to the AC as fourteen days from October 16, 2026. See Fed. R. Civ. P. 15(a)(3).